Federal Natl. Mtge. Assn. v Darretta (2025 NY Slip Op 01356)

Federal Natl. Mtge. Assn. v Darretta

2025 NY Slip Op 01356

Decided on March 12, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 12, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

FRANCESCA E. CONNOLLY, J.P.
WILLIAM G. FORD
LAURENCE L. LOVE
JAMES P. MCCORMACK, JJ.

2022-08156
 (Index No. 70549/14)

[*1]Federal National Mortgage Association, respondent,
v
Anita Darretta, et al., defendants, Dennis Papa, appellant.

Hogan, Rossi & Liguori, Brewster, NY (Scott J. Steiner of counsel), for appellant.
Fein, Such & Crane, Rochester, NY (Michael S. Hanusek of counsel), for respondent.

DECISION & ORDER
In an action to foreclose a mortgage, the defendant Dennis Papa appeals from an order of the Supreme Court, Westchester County (Sam D. Walker, J.), dated August 18, 2022. The order granted the plaintiff's motion to extend the time to conduct the foreclosure sale of the subject property pursuant to a judgment of foreclosure and sale of the same court dated June 7, 2018, and denied the cross-motion of the defendant Dennis Papa, inter alia, to stay enforcement of the judgment of foreclosure and sale.
ORDERED that the appeal is dismissed as academic, without costs or disbursements.
The appeal from the order dated August 18, 2022, has been rendered academic, as the subject property has been sold to a third party and the appellant failed to obtain a stay pursuant to CPLR 5519 to prevent the property from being sold (see 425 E. 26th St. Owners Corp. v Beaton, 128 AD3d 766; Matter of Huntington Hebrew Congregation of Huntington v Tanenbaum, 62 AD3d 704).
CONNOLLY, J.P., FORD, LOVE and MCCORMACK, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court